UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16 CR 303 CEJ (NCC) |
| | ) |
| TIMOTHY McDONALD, | ) |
| DONALD KUHN, and | ) |
| BRIAN GRIFFIN, | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Stephen Casey*
STEPHEN CASEY #58879MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 */s/ Stephen Casey*
STEPHEN CASEY #58879MO
Assistant United States Attorney